# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MORTON, | No. 2:16-CV-1762-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 6) to lift a stay previously requested in this case and for a court order requiring prison officials to return documents.

With his petition, petitioner requested a stay and-abeyance order to allow him to exhaust unexhausted claims in state court. Before any ruling on that request, petitioner now submits the instant motion in which he requests the court to lift the stay previously requested. Because no stay was ever ordered, petitioner's request will be denied as unnecessary and construed instead as a request to withdraw his motion for a stay-and-abeyance order.

///

Petitioner also seeks a court order requiring prison officials to return legal documents he says were improperly confiscated. Plaintiff's request will be denied without prejudice to petitioner's ability to seek relief by way of a separate action under 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 6) is denied.

DATED: August 6, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE