XAVIER BECERRA
Attorney General of California
KATHLEEN A. MCKENNA
Supervising Deputy Attorney General
ANGELO S. EDRALIN
Deputy Attorney General
State Bar No. 190085
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7732
  Fax: (916) 324-2960
  E-mail: Angelo.Edralin@doj.ca.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON MORTON,** | 2:16-cv-01762-TLN DMC |
| Petitioner, | **ORDER** |
| v. | |
| **STU SHERMAN,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before December 4, 2018.

Dated: October 3, 2018

_____
DENNIS M. COTA
U. S. MAGISTRATE JUDGE