UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MORTON,<br>　　　　　Plaintiff,<br>　　v.<br>STU SHERMAN,<br>　　　　　Defendant. | No. 2:16-cv-01762-TLN-DMC<br><br>**ORDER OF NON-RELATED CASES** |
| ANTHONY MEDINA,<br>　　　　　Plaintiff,<br>　　v.<br>C. PFEIFFER,<br>　　　　　Defendant. | No. 2:17-cv-01837-MCE-EFB |

The Court has received the Notice filed on November 14, 2018 that two cases are "possibly related" pursuant to Local Rule 123. (ECF No. 18.) The Court has determined that the cases have different plaintiffs, are at very different stages of the litigation, and that relation is not "likely to effect a substantial savings of judicial effort." The Court finds that the above-captioned cases are not "related" within the meaning of Local Rule 123. The Court declines to relate the above-captioned cases pursuant to Local Rule 123(c).

///

1

Accordingly, 2:17-cv-01837-MCE-EFB shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

Dated: November 19, 2018

Troy L. Nunley
United States District Judge