1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON MORTON,** | Case No. 2:16-cv-1762 TLN DMC |
| Petitioner, | **ORDER** |
| **v.** | |
| **STU SHERMAN,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional thirty days, to and including January 3, 2019, to file a response to the petition for writ of habeas corpus.

Dated:  December 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1